IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1159-AP

SHERRY L. GRIEGO,

    Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| **For Plaintiff**: | **For Defendant:** |
|---|---|
| Robert K. Gruber, #9413 | TROY A. EID |
| 3500 South Wadsworth Blvd., Suite 215 | United States Attorney |
| Lakewood, Colorado 80235-2382 | |
| Telephone (303) 986-6400 | KEVIN TRASKOS |
| FAX (303) 986-6800 | Deputy Chief, Civil Division |
| E-mail: bobgruber@earthlink.net | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 (telephone) |
| | (303) 844-0770 (facsimile) |
| | Debra.meachum@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

- **A. Date Complaint Was Filed:** June 1, 2007
- **B. Date Complaint Was Served on U.S. Attorney's Office:** June 11, 2007
- **C. Date Answer and Administrative Record Were Filed:** August 6, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The administrative record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

## 8. PROPOSED BRIEFING SCHEDULE

- **A. Plaintiffs Opening Brief Due:** September 10, 2007
- **B. Defendant's Response Brief Due:** October 10, 2007
- **C. Plaintiffs Reply Brief (If Any) Due:** October 25, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

- **A. Plaintiffs Statement:**
  Plaintiff does not request oral argument.
- **B. Defendant's Statement:**
  Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.   (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 27th day of August, 2007.

BY THE COURT:

**S/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff**:

s/ Robert K. Gruber 8/27/07
Robert K. Gruber, #9413
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net

**For Defendant:**

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

By:  s/Debra J. Meachum 8/27/07
Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570 (telephone)
(303) 844-0770 (facsimile)
Debra.meachum@ssa.gov