IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1159-AP

SHERRY L. GRIEGO,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

## ORDER OF REMAND

The Court has received and reviewed Defendant's Unopposed Motion for Remand (doc. #17), filed October 29, 2007. Pursuant to sentence four of 42 U.S.C. § 405(g) of the Social Security Act, the Court hereby orders that the case be remanded for further administrative proceedings.

Upon remand, the Social Security Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further administrative proceedings, including a supplemental hearing, if necessary; Plaintiff will have the opportunity to submit additional evidence relevant to her claim; and the ALJ will be directed to perform the following upon remand:

> Obtain evidence from a medical expert to clarify the nature and severity of Plaintiff's mental impairment pursuant to 20 C.F.R. §§1527, 416.927f; and Social Security Ruling 96-6p.
>
> Further evaluate Plaintiff's mental impairment, including whether mental retardation is a valid diagnosis and, if so, whether the criteria at Listing 12.05C are met.

Further consider, and explain the weight given to, opinions of all treating, examining, and nonexamining medical sources pursuant to the provisions of 20 C.F.R. §§ 404.1527, 416.926, and Social Security Rulings 96-2p, 96-5p and 96-6p; and discuss all limitations contained in the determination of the state Disability Determination Service.

As appropriate, request treating and examining medical sources to provide additional evidence and/or further clarification of their statements about what Plaintiff can still do, despite her impairments.

Consider lay information in the record, including the information contained in a vocational evaluation report in the record , articulate the weight given to this information, and explain the reasons for such weight in accordance with Social Security Ruling 06-3p.

If warranted by the expanded record, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base, pursuant to Social Security Rulings 83-12 and 83-14; reflect specific capacity/limitations established by the record as a whole in the hypothetical question to the vocational expert; ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; and, before relying on vocational expert testimony, identify and resolve, pursuant to Social Security Ruling 00-4p, any conflicts between the occupational evidence provided by the vocational expert and the information in the Dictionary of Occupational Titles and its companion publication, the Selected Characteristics of Occupations.

Accordingly, the Court hereby orders that the case be remanded for further administrative proceedings, as set forth above, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 30th day of October, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, Senior Judge
United States District Court