IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1159-AP**

**SHERRY L. GRIEGO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #21), filed November 26, 2007, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,300.00**. Payment should be made payable to Plaintiff's counsel, as assignee for Plaintiff, and mailed to Plaintiff's counsel.

Dated at Denver, Colorado, this 27th day of November, 2007.

                         BY THE COURT:

                         *S/John L. Kane*
                         JOHN L. KANE, SENIOR JUDGE
                         UNITED STATES DISTRICT COURT