IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1159-AP**

**SHERRY L. GRIEGO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Plaintiff's Attorney's Application for An Award of Attorney Fees Under 42 U.S.C. § 406(b), (doc. #23), filed July 11, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant shall pay to counsel attorney fees in the amount of **$9,597.75** from the monies being held by defendant from plaintiff's past due benefits.

Dated at Denver, Colorado, this 29th day of August, 2008.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT